UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   25-06258 |
| Karen D Deines | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING DEBTOR'S PLAN

This matter coming before the Court for a hearing on Debtor's motion to modify the plan, IT IS ORDERED that the Motion to Modify is granted as follows:

IT IS HEREBY ORDERED:

1. Debtor's Chapter 13 Trustee Plan payments are decreased to $642 per month beginning May 2026 for the remainder of the plan.

2. The Trustee is not required to collect money already paid to creditors under the plan.

Enter:    *Jacqueline P. Cox*
_____

Honorable Jacqueline Cox

United States Bankruptcy Judge

Dated:  April 27, 2026

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600